**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6832**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

CHARLES ENNETT BEALON, JR.,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. Louise W. Flanagan, District Judge. (7:08-cr-00038-FL-1)

Submitted: October 20, 2014      Decided: October 24, 2014

Before AGEE and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles Ennett Bealon, Jr., Appellant Pro Se. Jennifer E. Wells, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Ennett Bealon, Jr., appeals the district court's order granting counsel's motion to withdraw from representation after counsel's appointment pursuant to the district court's standing order. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Bealon, No. 7:08-cr-00038-FL-1 (E.D.N.C. May 21, 2014). We further deny Bealon's motion to remand the case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED